**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS, JR.

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

On April 23, 2015, this Court ordered the trial court to prepare and file with the Dallas County Clerk a certification of appellant's right to appeal. We ordered the Dallas County Clerk to file, within fifteen days, a clerk's record that contains the certification and the trial court's written order ruling on appellant's application for writ of habeas corpus. The clerk's record filed on April 24, 2015 does not contain either the certification of appellant's right to appeal or the trial court's written order ruling on the application for writ of habeas corpus, and, to date, we have not otherwise received them.

Accordingly, we **ORDER** the trial court to prepare and file, by **JUNE 1, 2015**, a written order ruling on appellant's application for writ of habeas corpus and a certification of appellant's right to appeal. We **ORDER** the Dallas County Clerk to transmit to this Court a supplemental clerk's record containing the trial court's order and certification of appellant's right to appeal by **JUNE 1, 2015**.

We **ORDER** the Dallas County Clerk to send a paper copy of the clerk's record filed on April 24, 2015 and a copy of the supplemental clerk's record that is due in this Court by June 1, 2015 to William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

We **GRANT** appellant's May 18, 2015 motion to extend time to file his brief to the extent that we **ORDER** appellant's brief to be filed by **JUNE 15, 2015**. The State's brief shall be due by **JUNE 30, 2015**. In the briefs, the parties shall address our jurisdiction over the appeal, as well as any other issues related to the merits of appellant's claims regarding the trial court's ruling on the application for writ of habeas corpus. No further extensions will be granted. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal remains set for submission, without argument, on **July 3, 2015**. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas, Presiding Judge, County Criminal Court No. 10; John Warren, Dallas County Clerk; William Thomas Nicholas, Jr.; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
JUSTICE